1  DAVID R. EBERHART (S.B. #195474)
   deberhart@omm.com
2  RANDALL W. EDWARDS (S.B. #179053)
   redwards@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
4  San Francisco, CA  94111-3823
   Telephone:     (415) 984-8700
5  Facsimile:     (415) 984-8701

6  ANTHONY BEASLEY (S.B. #307511)
   tbeasley@omm.com
7  O'MELVENY & MYERS LLP
   400 South Hope St.
8  Los Angeles, CA  90071
   Telephone:     (213) 430-6000
9  Facsimile:     (213) 430-6407

10

   Attorneys for Defendant
11 RADPAD, INC.

12
                    **UNITED STATES DISTRICT COURT**
13
                    **NORTHERN DISTRICT OF CALIFORNIA**
14
                         **SAN FRANCISCO DIVISION**
15

16
   CRAIGSLIST, INC.,                        Case No.  CV 16 1856 CRB
17
                  Plaintiff,                **STIPULATION TO EXTEND TIME FOR**
18                                          **DEFENDANT RADPAD, INC. TO**
         v.                                 **ANSWER OR OTHERWISE RESPOND**
19                                          **TO COMPLAINT (L.R. 6-1)**
   RADPAD, INC. and DOES 1-10,
20                                          **Current response date: May 4, 2016**
                  Defendants.
21                                          **New response date: May 18, 2016**

22

23

24

25

26

27

28
                                                STIP. TO EXTEND TIME FOR RADPAD TO
                                                        RESPOND TO COMPLAINT
                                                         CASE NO. CV 16 1856 CRB

Pursuant to Civil Local Rule 6-1, Defendant RadPad, Inc. and Plaintiff craigslist, Inc. hereby stipulate to extend the time RadPad has to answer or otherwise respond to the Complaint from May 4, 2016 to May 18, 2016.  The requested extension will not alter the date of any event or any deadline already fixed by any Court order.

Dated: May 4, 2016          O'MELVENY & MYERS LLP

By: */s/ Randall W. Edwards*
Randall W. Edwards
Attorneys for Defendant
RADPAD, INC.

Dated: May 4, 2016          LATHAM & WATKINS LLP

By: */s/ Jennifer Barry*
Jennifer Barry
Attorneys for Plaintiff
CRAIGSLIST, INC.

**ATTORNEY ATTESTATION**

Pursuant to General Order 45, I, Randall W. Edwards, hereby attest that concurrence in the filing of this document has been obtained from Jennifer Barry.

Dated: May 4, 2016          By: */s/ Randall W. Edwards*
Randall W. Edwards