1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| CRAIGSLIST, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>RADPAD, INC., a Delaware corporation, and DOES 1-10,<br><br>    Defendants. | CASE NO. 3:16-cv-01856-CRB<br><br>[PROPOSED] **ORDER GRANTING** *EX PARTE* **APPLICATION FOR ORDER RELIEVING PARTIES FROM OBLIGATION TO COMPLETE MEDIATION/FORMAL ADR** |
|---|---|
| AND RELATED COUNTERCLAIMS | |

## [PROPOSED] ORDER

Having reviewed Plaintiff craigslist's *Ex Parte* Application For Order Relieving The Parties From Obligation To Complete Mediation/Formal ADR, the Court **GRANTS** the Application and **ORDERS** that the Parties are relieved from any obligation to complete mediation/formal ADR and shall report to the Court by April 20, 2017, whether craigslist's claims against RadPad have been settled.

**IT IS SO ORDERED.**

Dated: January 24, 2017

Hon. Charles R. Breyer
United States Senior District Judge

US-DOCS\79053269.1

Case No. 3:16-cv-01856-CRB
[PROPOSED] ORDER RE *EX PARTE* APPLICATION
RE MEDIATION/FORMAL ADR OBLIGATION